AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAUL E. ANAYA,

              Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:22-cv-00948-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff that Raul E. Anaya be awarded attorney fees in the amount of ONE THOUSAND TWO HUNDRED ELEVEN dollars and ELEVEN CENTS ($1,211.11) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

10/7/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk